1022

WESTERN DRY GOODS COMPANY, a Corporation, Appellant, v. UNITED STATES of America, Appellee.

No. 6053.

Circuit Court of Appeals, Ninth Circuit.

June 3, 1930.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Ordered appeal dismissed for failure to have record printed when case was called for argument.

Earl M. WILCOX v. NEW YORK CENTRAL RAILROAD CO.

No. 5233.

Circuit Court of Appeals, Sixth Circuit.

Nov. 6, 1929.

Bernsteen & Bernsteen, of Cleveland, Ohio, for appellant.

Paul Lamb, of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

Jimmie WILSON v. UNITED STATES of America.

No. 5423.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1929.

David Himmelstein and W. F. Fowler, both of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

Mary WOLFE v. UNITED STATES of America.

No. 5359.

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1929.

Fletcher & Bernhardt, of Chattanooga, Tenn., for appellant.

Everett Greer, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

Murry WOLFMAN v. B. S. CHAPIN, Inc.

No. 5628.

Circuit Court of Appeals, Sixth Circuit.

March 3, 1930.

McAllister & McAllister, of Grand Rapids, Mich., for appellant.

Hilding & Hilding, of Grand Rapids, Mich., for appellee.

PER CURIAM.

Docketed and dismissed for failure to comply with Rule 18.